165 So.2d 483

### Lessley BRADLEY

v.

### HUMBLE OIL & REFINING COMPANY, Successor to Esso Standard Oil Company, and Insurance Company of North America.

No. 47329.

June 30, 1964.

In re: Lessley Bradley applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 163 So.2d 180.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

165 So.2d 483

### Succession of Mamie ISRAEL.

No. 47335.

June 30, 1964.

In re: Sigmund Hiller, etc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 163 So.2d 199.

Writ refused. The judgment is correct.